

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DANIEL E. CARPENTER ) | Case No. 3:23-cv-00719-JAM |
| Petitioner ) |  |
| v. ) |  |
| ) | June 9, 2023 |
| THE HONORABLE JONATHAN SITEK, ) |  |
| SUPERVISORY U.S. PROBATION OFFICER ) |  |
| Respondent ) |  |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Petitioner *pro se* Daniel E. Carpenter respectfully appeals to the United States Court of Appeals for the Second Circuit from the District Court's Order Dismissing the Petition for Writ of Habeas Corpus, Doc. #4, entered on June 5, 2023 in this action.

Respectfully Submitted,
Daniel E. Carpenter
Petitioner, *pro se*

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pondside Lane
West Simsbury, CT 06092

1

## CERTIFICATION

I hereby certify that on this 9th day of June, 2023, a copy of the foregoing was filed at the District of Connecticut Clerk's office in 450 Main St, Hartford, CT 06103. Notice of this filing was also sent by USPS to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, and a courtesy copy to the Honorable Jonathan Sitek at his office at 450 Main Street, Hartford CT 06103.

By /s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*